## SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLucaΔ
Allison C. Leibowitz
Stacey Ramis Nigro

Sachee N. Arroyo
Daniel P. Borbet
Katherine R. Cutrone
Irina Feferman*
Ian E. Hannon
Sally Kassim-Schaefer
Michael C. Lamendola*
Daniel J. Solinsky

Counsel

Susan B. Jannace
Ross M. ChinitzΔ

*Also Admitted NJ
ΔAlso Admitted CT

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/20

January 24, 2020

**Via ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: LAWRENCE YOUNG, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED V. ARGOS INN, INC., Docket No.: 19-cv-9240-RA

Dear Judge Abrams:

This firm represents the Defendant in this matter. We have just been retained today in this action and, pursuant to your Honor's Individual Rule 1(d) respectfully move for a) an extension of time to answer, move or otherwise appear with regard to the Complaint filed in this action until March 9, 2020; and b) to adjourn the Initial Conference set for January 31, 2020 at 1:45 p.m. to a date beyond March 9, 2020, or to any date convenient to the Court.

Defendant is making this letter motion because we have just recently been retained in this matter, a highly technical A.D.A. claim and must be brought up to speed on the nuances of the case. In addition, we have initiated settlement discussions with the Plaintiff's Attorney, Darryn G. Solotoff, Esq.

We have the consent of Attorney Solotoff for both of these applications.

January 24, 2020
Page 2

    This is the first request for either application. If this request is granted, the adjournment will not affect any other dates or deadlines.

    Thank you for permitting me to address the Court in this matter.

Respectfully submitted,

Daniel J. Solinsky

DJS

CC: **Via ECF**
Law Office of Darryn G. Solotoff
Attorneys for Plaintiff

549375

---

Application granted. Defendant shall respond to the Complaint no later than March 9, 2020. The initial conference scheduled for January 31, 2020 is hereby adjourned to April 3, 2020 at 2:30 p.m. If a referral to Magistrate Judge Gorenstein or the Court's mediation program would be productive prior to the conference, the parties should jointly file a letter with the Court requesting a referral.

SO ORDERED.

Hon. Ronnie Abrams
1/27/2020