# SIMMONS JANNACE DeLUCA, LLP
## ATTORNEYS AT LAW
### 43 CORPORATE DRIVE
### HAUPPAUGE, NEW YORK 11788-2048
### (631) 873-4888
### FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLucaΔ
Allison C. Leibowitz
Stacey Ramis Nigro

Sachee N. Arroyo
Daniel P. Borbet
Katherine R. Cutrone
Irina Feferman*
Ian E. Hannon
Sally Kassim-Schaefer
Michael C. Lamendola*

Counsel

Susan B. Jannace
Ross M. ChinitzΔ

*Also Admitted NJ
ΔAlso Admitted CT

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

March 4, 2020

**Via ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: LAWRENCE YOUNG, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED V. ARGOS INN, INC., Docket No.: 19-cv-9240-RA

Dear Judge Abrams:

This firm represents the Defendant in this matter. Pursuant to your Honor's Individual Rule 1(d), we respectfully move for a) an extension of time to answer, move or otherwise appear with regard to the Complaint filed in this action until April 9, 2020; and b) to adjourn the Initial Conference set for April 3, 2020 at 2:30 p.m. to a date beyond April 9, 2020, or to any date convenient to the Court.

Defendant is in the process of evaluating its website, which is the subject of this lawsuit and have had preliminary settlement discussions with the Plaintiff's Attorney, Darryn G. Solotoff, Esq.

We have the consent of Attorney Solotoff for both of these applications.

This is the second request for this application. The first request was granted by this Court. If this request is granted, the adjournment will not affect any other dates or deadlines.

The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
March 4, 2020
Page 2


    Thank you for permitting me to address the Court in this matter.

Respectfully submitted,

Daniel J. Solinsky

DJS/ds
556588

CC:  **Via ECF**
    Law Office of Darryn G. Solotoff
    Attorneys for Plaintiff

---

Application granted. Defendant shall respond to the Complaint no later than April 9, 2020. The initial conference scheduled for April 3, 2020 is hereby adjourned to April 17, 2020 at 3:15 p.m.

SO ORDERED.

Hon. Ronnie Abrams
3/5/2020