UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-11-20
```

LAWRENCE YOUNG, *on behalf of himself and all other persons similarly situated*,

                        Plaintiff,

                v.

ARGOS INN, INC.,

                        Defendant.

19-CV-9240 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by August 14, 2020, as directed in the Court's October 11, 2019 and June 8, 2020 Orders. *See* Dkts. 5, 15. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    August 11, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge