| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-13-20 |

LAWRENCE YOUNG, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

      v.

ARGOS INN, INC.,

                Defendant.

19-CV-9240 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

    The conference scheduled for August 21, 2020 is hereby adjourned *sine die*. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    August 13, 2020
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge